

Julie J. Armstrong
Charleston County Clerk of Court

**Charleston County**
**Circuit Court Case Details**
**Public Index**

Charleston County Home Page | Clerk of Court | Magistrates Court | SC Judicial | Search Tips | Summary Court Dockets

Switch View

## Faye Brown VS Walmart Inc , defendant, et al

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | 2026CP1001669 | Court Agency: | Common Pleas | Filed Date: | 04/01/2026 |
| Case Type: | Common Pleas | Case Sub Type: | Premises Liab 330 | File Type: | Mediator - Jury |
| Status: | Pending/ADR | Assigned Judge: | Clerk Of Court C P, G S, And Family Court | | |
| Disposition: | | Disposition Date: | | Disposition Judge: | |
| Original Source Doc: | | Original Case #: | | | |
| Judgment Number: | | Court Roster: | | | |

Case Parties | Judgments | Tax Map Information | Associated Cases | **Actions** | Financials

| Name | Description | Type | Motion Roster | Begin Date | Completion Date | Documents |
|---|---|---|---|---|---|---|
| Brown, Faye | ADR/Alternative Dispute Resolution (Clerk Workflow) | Action | | 10/28/2026-15:18 | | |
| Brown, Faye | Summons & Complaint | Filing | | 04/01/2026-15:18 | | |

CMSWeb 7.2 © 2026 South Carolina Judicial Branch • All rights reserved

**Ex. A**